IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** | MDL No. 1699<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| **RUTH MIKEALS**, Individually and as Special Administrator of the Estate of JOSEPH MIKEALS, individually,<br><br>Plaintiff,<br><br>v.<br><br>**PFIZER, INC., et al.,**<br><br>Defendants. | Case No. 3:07-cv-00499-CRB<br><br>**ORDER OF DISMISSAL** |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this __25th__ day of __May__, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*